# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SCOTT FRANKLIN,<br>*Plaintiff*<br>v.<br>SHERIFF STEVE KEANE, CAPTAIN LAW, LIEUTENANT SHELTON, and DOCTOR WATSON,<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:13-CV-5106-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  this matter is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Voluntary Dismissal.

Date:  1/7/2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson